**JS6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWD, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANLEY INC., a California corporation, and LIN JIANG, an individual, and FUZHOU XINGANLAI ECOMMERCE CO., LTD.<br><br>Defendants. | Case No. 2:23-cv-05497-RGK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Judge: Honorable R. Gary Klausner |

Pursuant to the JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE, the court orders that this action is dismissed with prejudice with neither party seeking attorney fees or costs.

Dated: **5/17/2024**

Hon. R. Gary Klausner
U.S. District Judge